CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069
(760) 480-4162
Fax (760) 480-4170

Attorneys for Plaintiff MICHAEL ROBERT GRIFFITHS

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 3384

MICHAEL ROBERT GRIFFITHS,                )   Case No.:
                                         )
            Plaintiff,                   )   **CERTIFICATION AS TO**
                                         )   **INTERESTED PARTIES**
v.                                       )
                                         )
M. M. SMITH, TRUSTEE, UNITED             )
ASSOCIATION LOCAL 38                     )
CONVALESCENT TRUST FUND, and             )
DOES 1 through 100, inclusive            )
                                         )
            Defendants.                  )
_____)

Pursuant to Local Rule 3-16 the undersigned, counsel of record for Plaintiff, certifies that no party, other than those named in the Complaint, has a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: July 10, 2008            CENTER FOR DISABILITY ACCESS, LLP


                                By:_____
                                    Mark D. Potter, Attorney for Plaintiff

-1-