AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL ROBERT GRIFFITHS

V.

M. M. SMITH, TRUSTEE, UNITED ASSOCIATION LOCAL 38 CONVALESCENT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 08 3384 JCS

TO: (Name and address of Defendant)

M.M. Smith, Trustee of the United Association Local 38 Convalescent Trust Fund
8727 SODA BAY RD, KELSEYVILLE, CA 95451
1625 MARKET ST, SAN FRANCISCO, CA 94103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark D. Potter/Russell C. Handy
The Center for Disability Access, LLP
100 E. San Marcos Blvd., Suite 400
San Marcos, CA 92069
(760) 780-4162    Fax: (760) 480-4170

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

JUL 14 2008

| CLERK | | DATE |
|---|---|---|
| ANNA SPRINKLES | | |
| (By) DEPUTY CLERK | | |

CHAMBERS COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                        *Signature of Server*

                                             _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.