| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| CENTER FOR DISABILITY ACCESS, LLP<br>MARK D. POTTER, ESQ., 166317<br>100 EAST SAN MARCOS BLVD. STE. 400<br>SAN MARCOS, CA 92069 | (760) 480-4162 | |
| ATTORNEY FOR (Name): | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF:
MICHAEL ROBERT GRIFFITHS

DEFENDANT:
M.M. SMITH

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV-08-3384-JCS |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS;COMPLAINT;CERTIFICATION AS TO INTERESTED PARTIES;CIVIL CASE COVER SHEET;NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRAIL;CONTSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III;STANDING ORDER RE: CASE MANAGEMENT CONFERENCE

ON: M.M. SMITH, TRUSTEE, UNITED ASSOCIATION LOCAL 38 CONVALESCENT TRUST FUND

AT 1625 MARKET STREET
   SAN FRANCISCO, CA 94103

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
PETE MACHI, - ADMINISTRATOR / PERSON IN CHARGE

ON: 07/30/2008
AT: 03:40 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $52.50
   Registered California process server.
   County: SAN FRANCISCO
   Registration No.: 968
   Diversified Legal Services, Inc.
   4665 Park Blvd
   San Diego, CA 92116
   6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 31, 2008 at SAN Francisco California.

Signature: _____
RON MARCUS 145394

**PROOF OF SERVICE**

Order#: 145394/GProof39