UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michael Robert Griffiths

        Plaintiff(s),

   v.

M.M. Smith, Trustee, et al.

        Defendant(s).

No. CV08-3384-JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 31, 2008

Signature _____

Counsel for Plaintiff, Michael Griffiths
(Plaintiff, Defendant, or indicate "pro se")