IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBERT GRIFFITHS,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD M. MILSNER, et al.,<br><br>    Defendants<br>_____/ | No. C-08-3384 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

By order filed July 14, 2008, the parties and counsel were directed to conduct a joint inspection of the premises at issue herein and to do so no later than October 22, 2008. (See Scheduling Order for Cases Asserting Denial Of Right to Access Under Americans With Disabilities Act Title III.) Further, plaintiff was ordered to file, no later than 45 days after the joint site inspection, a Notice of Need for Mediation. (See id.) To date, plaintiff has not filed a Notice of Need for Mediation.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than December 23, 2008, why the above-titled action should not be dismissed for failure to prosecute. In the event plaintiff files a Notice of Need for Mediation on or before December 23, 2008, this Order to Show Cause will stand discharged without further order of the Court.

**IT IS SO ORDERED.**

Dated: December 11, 2008

                                            MAXINE M. CHESNEY
                                            United States District Judge