IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT GRIFFITHS,   No. C-08-3384 MMC

    Plaintiff,

  v.

RICHARD M. MILSNER,

    Defendant

**ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING DEADLINE FOR PLAINTIFF TO SERVE AMENDED COMPLAINT; AMENDING SCHEDULING ORDER**

      Before the Court is plaintiff's Response, filed December 23, 2008, to the Court's Order to Show Cause of December 11, 2008.[1]  Having read and considered the Response, the Court rules as follows.

      1.  Good cause appearing, the order to show cause is hereby DISCHARGED.

      2.  The deadline for plaintiff to serve the summons and First Amended Complaint is hereby EXTENDED to January 23, 2009.

//

---

[1] Plaintiff did not provide the Court with a chambers copy of the Response.  For future reference, plaintiff is reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically.  The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically.  The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

3. The Scheduling Order filed July 14, 2008 is hereby AMENDED, as follows:

    a. The last day for the parties to complete initial disclosures, including defendant's disclosure regarding the construction or alteration history of the subject premises, is February 11, 2009.

    b. The last day for the parties to hold a joint inspection of the premises is February 18, 2009.

    c. The last day for the parties to meet and confer in person to discuss settlement is March 4, 2009.

    d. The last day for plaintiff to file a Notice of Need for Mediation is April 6, 2009.

    e. The last day for plaintiff to file a Motion for Administrative Relief Requesting Case Management Conference is seven calendar days after the completion of mediation.

**IT IS SO ORDERED.**

Dated: December 31, 2008

MAXINE M. CHESNEY
United States District Judge