IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBERT GRIFFITHS,<br><br>       Plaintiff,<br><br>  v.<br><br>RICHARD M. MILSNER, et al.,<br><br>       Defendants<br>_____/ | No. C-08-3384 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

      By order filed December 31, 2008, plaintiff was ordered to file, no later than April 6, 2009, a Notice of Need for Mediation. To date, plaintiff has not filed a Notice of Need for Mediation.

      Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than May 15, 2009, why the above-titled action should not be dismissed for failure to prosecute. In the event plaintiff files a Notice of Need for Mediation on or before May 15, 2009, this Order to Show Cause will stand discharged without further order of the Court.

      **IT IS SO ORDERED.**

Dated: April 28, 2008

                                                          MAXINE M. CHESNEY<br>
                                                        United States District Judge