United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT GRIFFITHS,

    Plaintiff,

v.

RICHARD M. MILSNER,

    Defendant

No. C-08-3384 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE; CONTINUING DEADLINES TO HOLD JOINT INSPECTION OF PREMISES AND TO FILE NOTICE OF NEED FOR MEDIATION**

Before the Court is plaintiff's Response, filed May 15, 2009, to the Court's Order to Show Cause of April 28, 2009.[1]  Having read and considered the Response, the Court rules as follows.

1. Good cause appearing, the order to show cause is hereby DISCHARGED.

2. The deadline to hold a joint inspection of the premises is CONTINUED to June 26, 2009.

3. The deadline for plaintiff to file a Notice of Need for Mediation is CONTINUED to

---

[1] Plaintiff did not provide the Court with a chambers copy of the Response.  The Court has previously reminded plaintiff of his obligation, under the Court's Standing Orders, to provide a chambers copy of each document he electronically files.  (See Order, filed December 31, 2008, at 1:25-28.)  Such reminder appears to have had little to no effect on compelling compliance therewith.  Parties are expected to comply with court rules without repeated reminders.  Accordingly, plaintiff is hereby advised that the Court will impose sanctions for further violations of the Court's Standing Orders, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

July 24, 2009.

    4. The deadline for plaintiff to file a Motion for Administrative Relief Requesting Case Management Conference remains as scheduled, specifically, seven calendar days after the completion of mediation.

**IT IS SO ORDERED.**

Dated:  May 28, 2009

                                    MAXINE M. CHESNEY
                                    United States District Judge